1 | LAW OFFICES OF CHRISTIAN J. GARRIS
2 | CHRISTIAN J. GARRIS  SBN 175808
633 West Fifth Street, 28th Floor
Los Angeles, California 90071
3 | Telephone: (213) 624-2900
Facsimile: (213) 624-2901
4 | Email: cjg@christiangarris.com

5 | Attorneys for Plaintiff

6

7

8 | **UNITED STATES DISTRICT COURT**

9 | **CENTRAL DISTRICT OF CALIFORNIA**

10

| BRIDA LLC, A CALIFORNIA LIMITED LIABILITY COMPANY, | Case No. CV20-06359-DMG (GJSx) |
|---|---|
| Plaintiff, | **DECLARATION OF KATHY GOLSHANI IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| vs. | |
| TRAVELERS CASUALTY INSURANCE CO. OF AMERICA dba TRAVELERS and DOES 1-20, inclusive, | Date:      September 6, 2024<br>Time:      2:00 p.m.<br>Judge:    Hon. Dolly M. Gee<br>Ctrm.:     8C (First Street) |
| Defendants. | |

**DECLARATION OF KATHY GOLSHANI**

I, KATHY GOLSHANI, hereby declare as follows:

1.     I have personal knowledge of all of the facts set forth in this declaration, and, if called as a witness, I would and could competently testify thereto.

2.     I am the principal of Brida LLC ("Plaintiff") in the above-entitled action.

3.     Plaintiff owns an apartment building located at 1123 17th Street, Santa Monica, California 90403 ("the Property").

4.     Plaintiff purchased liability coverage for the Property from Travelers Casualty Insurance Company of America ("Travelers") from March 6, 2015,

1   through March 6, 2018.

2       5.      On March 3, 2016, the City of Santa Monica ("the City"), on behalf of

3   certain tenants at the Property named Marti and Julia Browning, filed a complaint

4   against Plaintiff *City of Santa Monica v. Brida, LLC*, Los Angeles Superior Court

5   Case No. SC125490 ("*City of Santa Monica*") (*City of Santa Monica*), which

6   Plaintiff tendered to Travelers for a defense on or about May 19, 2016.

7       6.      On or about August 10, 2016, Travelers denied coverage for *City of*

8   *Santa Monica*.

9       7.      On or about March 12, 2018, Browning then filed a separate action,

10  *Martha Browning et al. v. Brida, LLC, et al*., Los Angeles Superior Court Case No.

11  SC128983 ("*Browning*"), with substantially the same allegations as in its cross-

12  complaint filed in *City of Santa Monica*; they filed a first amended complaint on or

13  about July 23, 2018. (TRA1613-1636.)  Travelers agreed to defend and indemnify

14  Plaintiff in this case.

15      8.      *Browning* and *City of Santa Monica* were subsequently designated as

16  related cases in or about September 2019.

17      9.      In September 2019, I implored Travelers to seek a global settlement

18  that would encompass both *City of Santa Monica* and *Browning* since they were

19  the same allegations.  My understanding is that the City also wanted to resolve its

20  case as part of a global settlement, which I learned from counsel for the City.

21      10.     On or about October 18, 2019, Travelers settled *Browning* by paying

22  $1 million to Browning and ignoring *City of Santa Monica*.  Plaintiff did not

23  consent to the settlement nor did I sign the settlement agreement.

24      11.     The City filed a second amended complaint on or about January 29,

25  2020.  Plaintiff tendered the amended complaint to Travelers, but Travelers again

26  denied coverage.

27      12.     On or about September 2, 2021, *Martha McCarty, Julia Browning,*

28  *Martha McCarty, and Andrew Nappin v. Brida, LLC*, Los Angeles County

law offices of christian j. garris
633 west fifth street, 28th floor
los angeles, california 90071
tel 213.624.2900
fax 213.624.2901

— 2 —

law offices of christian j. garris
633 west fifth street, 28th floor
los angeles, california 90071
tel 213.624.2900
fax 213.624.2901

Superior Court Case No. 21STCV32607 (*McCarty*) was filed against Plaintiff, and then a first amended complaint was filed on or about November 4, 2021.

13.   On or about December 23, 2021, Travelers denied coverage for *McCarty*.

14.   After that, Plaintiff was running out of money to defend these cases, having been abandoned by Travelers.

15.   As a result of the refusal by Travelers to defend or indemnify Plaintiff in either *City of Santa Monica* or *McCarty*, Plaintiff retained counsel and incurred significant legal fees in the amount of $344,323.54.   A true and correct copy of these expenses are attached hereto as Exhibit "A." (BRIDA0314-0319, 0331-0341, 0344, 0350-0353, 0357, 0359-0368, 0454-0455, 0466-0469.)   Plaintiff also paid $45,000 to settle *City of Santa Monica*, and $20,000 to settle *McCarty*.   A true and correct copy of these payments are attached hereto as Exhibit "B." (BRIDA0328, 0374, 0459.)   Plaintiff settled these cases because Plaintiff could no longer afford to pay the defense fees.   Travelers refused to reimburse Plaintiff for any of these defense fees or indemnity expenses.

16.   One of the attorneys that Plaintiff hired, Kernan Law, has even filed an ongoing suit against Plaintiff to recover additional disputed charges, causing a further financial strain on Plaintiff as a result of also having to defend that lawsuit. A true and correct copy of this lawsuit is attached hereto as Exhibit "C." (BRIDA0418-0422.)

17.   A table summarizing these fees and indemnity payments is attached hereto as Exhibit "D."  The entry for March 28, 2022, remains unpaid.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

1    Executed on July 2, 2024, at Santa Monica, California.

2

3

4    Kathy Golshani

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

law offices of christian j. garris
633 west fifth street, 28th floor
los angeles, california 90071
tel 213.624.2900
fax 213.624.2901

— 4 —

Exhibit A

Check number: 1651   |   Amount: $4,000.00



BRIDA0314

Tida LLC
22 Westwood Bl...
os Angeles CA 90024

Mr. Michael Kernan Esq.
The Kernan Law Frim
9663 Santa Monica Blvd, 45c
Beverly Hills, CA 90210

---

0020    0000441    0101

Pay    BANK OF AMERICA    **$7,770.89**

**Seven Thousand Seven Hundred Seventy and 89/100 Dollars**

To The    KERNAN LAW GROUP
Order Of

Not-Negotiable
Customer Copy
Retain for your Records

Remitter (Purchased By):  BRIDA, LLC

457002931717

Bank of America, N.A.
PHOENIX, AZ

---

Cashier's Check    No. 0985643659

**BANK OF AMERICA**

Void After 90 Days    91-170/1221    Date 10/25/22 03:57:01 PM

Notice to purchaser - In the event that this check is lost, misplaced or
stolen, a sworn statement and 90-day waiting period will be required
prior to replacement. This check should be negotiated within 90 days.    NAZ

WILSHIRE &15TH
0020    0000441    0101

Pay    BANK OF AMERICA    **$7,770.89**

**Seven Thousand Seven Hundred Seventy and 89/100 Dollars**

To The    KERNAN LAW GROUP
Order Of

Remitter (Purchased By):  BRIDA, LLC

Bank of America, N.A.
PHOENIX, AZ

AUTHORIZED SIGNATURE

⑈⑈0985643659⑈⑈ ⑆122101706⑆ 457002931717⑈⑈

THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK. ■    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENTS. ▮

**BANK OF AMERICA**    Cashier's Check    No. 0943247734

Notice to Purchaser - In the event that this check is lost, misplaced or stolen, a sworn statement and 90-day waiting period will be required prior to replacement. This check should be negotiated within 90 days.

Void After 90 Days    91-170/1221    Date 12/28/22 01:55:10 PM
NAZ

SANTA MONICA
0010    0000218    0079

Pay    BANK OF AMERICA    TWO FIVE ZERO ZERO ZERO CTS CTS    **$25,000.00**

**Twenty Five Thousand and 00/100 Dollars**

To The Order Of    LAW OFFICES NATHANIEL MARSTON TRUST A/C
CITY CASE & MCCARTY'S RETAINER

Remitter (Purchased By):    BRIDA, LLC

Bank of America, N.A.
PHOENIX, AZ    AUTHORIZED SIGNATURE

⑈0943247734⑈ ⑈122101706⑈ 4570029317171⑈

THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK. ■ HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENTS.

---

**BANK OF AMERICA**    Cashier's Check    No. 0943247733

Notice to Purchaser - In the event that this check is lost, misplaced or stolen, a sworn statement and 90-day waiting period will be required prior to replacement. This check should be negotiated within 90 days.

Void After 90 Days    91-170/1221    Date 12/28/22 01:55:10 PM
NAZ

SANTA MONICA
0010    0000218    0079

Pay    BANK OF AMERICA    FIVE ZERO ZERO ZERO CTS CTS    **$5,000.00**

**Five Thousand and 00/100 Dollars**

To The Order Of    LAW OFFICES NATHANIEL MARSTON TRUST A/C
COST OF CITY CASE & MCCARTY'S

Remitter (Purchased By):    BRIDA, LLC

Bank of America, N.A.
PHOENIX, AZ    AUTHORIZED SIGNATURE

⑈0943247733⑈ ⑈122101706⑈ 4570029317171⑈

THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK. ■ HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENTS.

BRIDA0316

BANK OF AMERICA

Cashier's Check

No. 0985643614

Notice to Purchaser - In the event that this check is lost, misplaced or stolen, a sworn statement and 90-day waiting period will be required prior to replacement. This check should be negotiated within 90 days.

Void After 90 Days

91-170/1221
NAZ

Date 10/17/22 02:54:46 PM

WILSHIRE & 15TH
0010    0000441    0107

Pay

BANK OF AMERICA  SIX NINE SEVEN SIX 84 CTSCTS

**$6,976.84**

**Six Thousand Nine Hundred Seventy Six and 84/100 Dollars**

To The
Order Of    KERNAN LAW GROUP

FOR MCCARTY & CITY VS BRIDA

Remitter (Purchased By):  BRIDA, LLC

Bank of America, N.A.
PHOENIX, AZ

Kaml Bar

AUTHORIZED SIGNATURE

⑈098564361411⑈ ⑆122101706⑆ 457002931717⑈

◼ THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK. ◼    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENTS.

Notice to Purchaser - In the event that this check is lost, misplaced or stolen, a sworn statement and 90-day waiting period will be required prior to replacement. This check should be negotiated within 90 days.

Cashier's Check - Customer Copy

No. 0985643614

Void After 90 Days

91-170/1221
NAZ

Date 10/17/22 02:54:46 PM

WILSHIRE & 15TH
0010    0000441    0107

Pay

BANK OF AMERICA  SIX NINE SEVEN SIX 84 CTSCTS

**$6,976.84**

**Six Thousand Nine Hundred Seventy Six and 84/100 Dollars**

To The
Order Of    KERNAN LAW GROUP

FOR MCCARTY & CITY VS BRIDA

Remitter (Purchased By):  BRIDA, LLC

Bank of America, N.A.
PHOENIX, AZ

Not-Negotiable
Customer Copy
Retain for your Records

457002931717

BRIDA0317

rior to replacement. This check should be negotiated within 90 days.

WILSHIRE & 15TH

005    0000441    0071

Void After 90 Days    91-1767124    Date 10/13/22 04:01:26 PM

NAZ

Pay    BANK OF AMERICA    THREE ZERO ZERO ZERO ZERO 00 CTSCTS    **$30,000.00**

**Thirty Thousand and 00/100 Dollars**

To The Order Of    KERNAN LAW GROUP

Not-Negotiable
Customer Copy
Retain for your Records

Remitter (Purchased By):  BRIDA, LLC

457002931717

Bank of America, N.A.

PHOENIX, AZ

---

**ANK OF AMERICA**

Cashier's Check

No. 0985643594

rior to replacement. This check should be negotiated within 90 days.

WILSHIRE & 15TH

005    0000441    0071

Void After 90 Days    91-1767124    Date 10/13/22 04:01:26 PM

NAZ

Pay    BANK OF AMERICA    THREE ZERO ZERO ZERO ZERO 00 CTSCTS    **$30,000.00**

**Thirty Thousand and 00/100 Dollars**

To The Order Of    KERNAN LAW GROUP

Remitter (Purchased By):  BRIDA, LLC

Bank of America, N.A.

PHOENIX, AZ

AUTHORIZED SIGNATURE

⑈0985643594⑈ ⑆122101706⑆ 457002931717⑈

HE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK. ■    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENTS. ■

BRIDA0318

Cashier's Check - Customer Copy

No. 0985643479

Notice to Purchaser - In the event that this check is lost, misplaced or stolen, a sworn statement and 90-day waiting period will be required prior to replacement. This check should be negotiated within 90 days.

Void After 90 Days

91-170/1221

NAZ

Date 09/30/22 10:24:44 AM

WILSHIRE &15TH
0020      0000441      0024

Pay



**Thirty Six Thousand Five Hundred Sixty Three and 33/100 Dollars**

**$36,563.33**

To The
Order Of

THE KERNAN LAW FIRM

CITY OF SM VS BRIDA

Not-Negotiable
Customer Copy
Retain for your Records

Remitter (Purchased By):  BRIDA, LLC

Bank of America, N.A.
PHOENIX, AZ

457002931717

---

BANK OF AMERICA

Cashier's Check

No. 0985643479

Notice to Purchaser - In the event that this check is lost, misplaced or stolen, a sworn statement and 90-day waiting period will be required prior to replacement. This check should be negotiated within 90 days.

Void After 90 Days

91-170/1221

NAZ

Date 09/30/22 10:24:44 AM

WILSHIRE &15TH
0020      0000441      0024

Pay

**Thirty Six Thousand Five Hundred Sixty Three and 33/100 Dollars**

**$36,563.3

To The
Order Of

THE KERNAN LAW FIRM

CITY OF SM VS BRIDA

Remitter (Purchased By):  BRIDA, LLC

Bank of America, N.A.
PHOENIX, AZ

AUTHORIZED SIGNATURE

⑈0985643479⑈ ⑈122101706⑈ 457002931717⑈

ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK. ■   HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORS

BRIDA0319



MEMO    loan 100503474– 1123 17th St

⑆002058⑆ ⑆121000358⑆ 325054225338⑈

# Check number: 2060  |  Amount:  $900.00



BRIDA LLC
1722 Westwood Blvd. Ste 203
Los Angeles, CA 90024

Bank of America
11-35/1210

2060

01/11/22

PAY TO THE
ORDER OF    Yousef Monadjemi, Esq                                    $ **900.00

Nine Hundred and 00/100****************************************************************** DOLLARS

Yousef Monadjemi, Esq
15915 Ventura Boulevard Ste 202
Encino, CA 91436

MEMO    Filing fee for Brida v McCarthy/Nappin            AUTHORIZED SIGNATURE

⑆002060⑆ ⑆121000358⑆ 325054225338⑈

BRIDA0331

31, 2022

# Check number: 2064   |   Amount:  $1,396.00



BRIDA LLC
1722 Westwood Blvd, Ste 203
Los Angeles, CA 90024

Bank of America
11-35/1210

2064

12/14/21

PAY TO THE
ORDER OF        Law Offic of Rosario Perry                          $ ***1,396.00

One Thousand Three Hundred Ninety-Six and 00/100************************************************  DOLLARS

Law Offic of Rosario Perry
312 Pico Blvd
Santa Monica CA 90405

MEMO    Brida V Travelers                              AUTHORIZED SIGNATURE

⑈002064⑈ ⑆121000358⑆ 3250542253338⑈

BRIDA0332



# Check number: 2072   |   Amount:  $4,000.00



BRIDA0333

2021 CA Franchise tax- Brida LLC

⑈001917⑈ ⑆121000358⑆ 325054225338⑈

**Check number: 1919 | Amount: $2,200.00**



BRIDA LLC
1722 Westwood Blvd  Ste 203
Los Angeles, CA 90024

Bank of America
11-35/1210

1919

03/05/21

PAY TO THE
ORDER OF      Law Offic of Rosario Perry                    $ **2,200.00

Two Thousand Two Hundred and 00/100********************************************************* DOLLARS

Law Offic of Rosario Perry
312 Pico Blvd
Santa Monica CA 90405

MEMO      Brida V Travelers

AUTHORIZED SIGNATURE

⑈001919⑈ ⑆121000358⑆ 325054225338⑈

**Check number: 1921 | Amount: $1,000.00**

BRIDA0334

BRIDA, LLC | Account # 3250 5422 5338 | November 1, 20

# Check images - continued
## Account number: 3250 5422 5338
Check number: 1875 | Amount: $4,160.00



BRIDA LLC
1722 Westwood Blvd. Ste 203
Los Angeles, CA 90024

Bank of America
11-35/1210

1875

11/16/20

PAY TO THE ORDER OF   Law office of Rosario Perry                    $ **4,160.00

Four Thousand One Hundred Sixty and 00/100******************************************************  DOLLARS

Law office of Rosario Perry
312 Pico Blvd
Santa Monica CA 90401

MEMO   Brida V travelers

AUTHORIZED SIGNATURE

⑈00⅃875⑈ ⑈⅃2⅃000358⑈ 3250542253 38⑈

BRIDA0335



Check number: 1836  |  Amount: $5,000.00



**BRIDA LLC**
1722 Westwood Blvd. Ste 201
Los Angeles, CA 90024

Bank of America
11-55/1210

1836

09/23/20

PAY TO THE
ORDER OF___ Rosario Perry Law Office _____  $ **5,000.00

Five Thousand and 00/100******************************************************************* DOLLARS

Rosario Perry Law Office
312 Pico Blvd
Santa Monica CA 90405

MEMO
Brida V Travelers

AUTHORIZED SIGNATURE



⑈001836⑈ ⑆121000358⑆ 325054225338⑈

BRIDA0336

P O box 2200
Santa Monica CA 90406

MEMO

Rent control Id #: 4276-010-015

⑇0017841⑇ ⑆121000358⑇ 325054225338⑇

# Check number: 1787  |  Amount: $2,229.00



**BRIDA LLC**
1722 Westwood Blvd. Ste 203
Los Angeles, CA 90024

Bank of America
11-35/1210

1787

07/06/20

PAY TO THE
ORDER OF ___ Law office of Rosario Perry                                    $ **2,229.00

Two Thousand Two Hundred Twenty-Nine and 00/100***************************************    DOLLARS

Law office of Rosario Perry
312 Pico Blvd
Santa Monica CA 90401

MEMO

Brida V Travelers                                                AUTHORIZED SIGNATURE

⑇0017871⑇ ⑆121000358⑇ 325054225338⑇

BRIDA0337

Amount:        $10,000.00
Account:       457002931717
Bank Number: 12210170

Sequence Number: 9092102028
Capture Date:    01/04/2022
Check Number:    1152531862

**BANK OF AMERICA**

**Cashier's Check**

No. 1152531862

Notice to Purchaser – In the event that this check is lost, misplaced or stolen, a sworn statement and 90-day waiting period will be required prior to replacement. This check should be replaced within 90 days.

Void After 90 Days    91-170/1221    Date 01/04/22 09:44:34 AM
NAZ

SHERMAN OAKS
0002    000041S    0021

Pay

BANK OF AMERICA

**$10,000.00**

**Ten Thousand and 00/100 Dollars**

To The
Order Of    LAW OFFICES OF YOUSEF MONADJEMI

MEMO : COMPLIANT & CROSS - COMPLIANT

Remitter (Purchased By):  NOVIN K GOLSHANI

Bank of America, N.A.
PHOENIX, AZ

AUTHORIZED SIGNATURE

⑈1152531862⑈ ⑆122101706⑆ 457002931717⑈

Electronic Endorsements

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 01/05/2022 | 000006380529788 | 91000019 | Rtn Loc/BOFD | Y | | Wells Fargo Bank NA |
| 01/04/2022 | 009092102028 | 121103886 | Pay Bank | N | | Bank of America, NA |

BRIDA0338

Amount:          $15,000.00
Account:         457002931717
Bank Number: 12210170

Sequence Number: 9292912945
Capture Date:    01/26/2022
Check Number:    985641664

**Cashier's Check**

No. 0985641664

**BANK OF AMERICA**

Void After 90 Days                         Date 01/26/22 05:38:12 PM

WILSHIRE & 15TH
0016     0000441     0091

Pay                    BANK OF AMERICA                              **$15,000.00**

**Fifteen Thousand and 00/100 Dollars**

To The
Order Of     LAW OFFICES OF YOUSEF MONADJEMI

            BRIDA V NAPPIN MCCARTHY

Remitter (Purchased By):  BRIDA LLC

Bank of America, N.A.
PHOENIX, AZ

AUTHORIZED SIGNATURE

⑈0985641664⑈ ⑆122101706⑆ 457002931717⑈

Electronic Endorsements

| Date       | Sequence          | Bank #     | Endrs Type   | TRN | RRC | Bank Name            |
|------------|-------------------|------------|--------------|-----|-----|----------------------|
| 01/26/2022 | 009292912945      | 121103886  | Pay Bank     | N   |     | Bank of America, NA  |
| 01/27/2022 | 000006387213742   | 91000019   | Rtn Loc/BOFD | Y   |     | Wells Fargo Bank NA  |

BRIDA0339

Amount:        $15,000.00
Account:       457002931717
Bank Number: 12210170

Sequence Number: 4952582207
Capture Date:    05/04/2023
Check Number:    985644882

**BANK OF AMERICA**

Cashier's Check

No. 0985644882

Void After 90 Days          91-170/1221          Date 05/02/23 11:54:44 AM
NAZ

WILSHIRE & 15TH
0020    000044    0021

BANK OF AMERICA    15000.00    ONE FIVE ZERO ZERO ZERO CTSCTS          **$15,000.00**

Pay

**Fifteen Thousand and 00/100 Dollars**

To The
Order Of    LAW OFFICES OF BINH THANH BUI

MCCARTY / CITY VS BRIDA

Remitter (Purchased By): BRIDA, LLC

Bank of America, N.A.
PHOENIX, AZ

AUTHORIZED SIGNATURE

⑈0985644882⑈  ⑆122101706⑇  457002931717⑈

THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK. ■ ⚬ HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENTS. ⚬

Electronic Endorsements

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|------|----------|--------|------------|-----|-----|-----------|
| 05/04/2023 | 4952582207 | 122000661 | Rtn Loc/BOFD | Y | | Bank of America, NA |

BRIDA0340

Amount:        $25,000.00          Sequence Number: 5192667882
Account:       457002931717        Capture Date:    12/27/2022
Bank Number: 12210170              Check Number:    914826633

**BANK OF AMERICA**                    Cashier's Check              No. 0914826633

Void After 90 Days    9-170/1221    Date 12/27/22 02:39:59 PM

CINO
0002    0000392    0190

Pay    BANK OF AMERICA   250000    **$25,000.00**

**Twenty Five Thousand and 00/100 Dollars**

To The    ATTY NATHANIEL L. MARSTON TRUST ACCOUNT
Order Of    FOR: CITY OF SM CASE & MCCARTY CASE

Remitter (Purchased By): BRIDA, LLC

Bank of America, N.A.                                        AUTHORIZED SIGNATURE
PHOENIX, AZ

THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENTS.

Electronic Endorsements
Date         Sequence       Bank #     Endrs Type   TRN   RRC   Bank Name
12/27/2022   008302540223   21000089   Rtn Loc/BOFD  Y           Citibank NA
12/27/2022   005192667882   111012822  Pay Bank      N           Bank of America, NA

BRIDA0341

Amount:        $10,000.00
Account:       457002931717
Bank Number:   12210170

Sequence Number: 5192606482
Capture Date:    02/28/2023
Check Number:    943248157

**BANK OF AMERICA**      Cashier's Check     No. 0943248157

Notice to Purchaser: In the event that this check is lost, misplaced or stolen, a sworn statement and 90-day waiting period will be required prior to replacement. This check should be negotiated within 90 days.

Void After 90 Days   01-170/1221    Date 02/06/23 01:33:00 PM

NAZ

SANTA MONICA
0010    0000218    0087

Pay  **BANK OF AMERICA** ONE ZERO ZERO ZERO ZERO CTSCTS     **$10,000.00**

**Ten Thousand and 00/100 Dollars**

To The Order Of  LAW OFFICES OF N MARSTON

CITY V BRIDA & MCCARTY V BRIDA

Remitter (Purchased By):  BRIDA, LLC

Bank of America, N.A.
PHOENIX, AZ

AUTHORIZED SIGNATURE

⑈0943248157⑈ ⑆122101706⑆ 457002931717⑈

THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENTS.

Electronic Endorsements

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|------|----------|--------|-----------|-----|-----|-----------|
| 02/27/2023 | 008002224643 | 21000089 | Rtn Loc/BOFD | Y | | Citibank NA |
| 02/28/2023 | 005192606482 | 111012822 | Pay Bank | N | | Bank of America, NA |

BRIDA0344

Amount:        $5,000.00
Account:       325054225338
Bank Number:   12100035

Sequence Number:  8492017346
Capture Date:     09/04/2019
Check Number:     1636



**BRIDA LLC**
1722 Westwood Blvd. Ste 203
Los Angeles, CA 90024

Bank of America
11-35/1210

1636

08/19/19

PAY TO THE
ORDER OF__  Rosario Perry Law Office                                    $ **5,000.00

Five Thousand and 00/100********************************************************************* DOLLARS

Rosario Perry Law Office
312 Pico Blvd
Santa Monica CA 90405

MEMO        1123 17th St City of Santa Monica Lawsuit          AUTHORIZED SIGNATURE

⑈001636⑈ ⑈121000358⑈ 325054225338⑈

Electronic Endorsements

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|------|----------|--------|------------|-----|-----|-----------|
| 09/03/2019 | 7577451205 | 123000220 | Rtn Loc/BOFD | Y | | US Bank National Ass |
| 09/03/2019 | 008450734877 | 91000022 | Undetermined | N | | US Bank National Ass |
| 09/04/2019 | 008492017346 | 121103886 | Pay Bank | N | | Bank of America, NA |

BRIDA0350

Amount:        $15,035.00
Account:       457002931717
Bank Number:   12210170

Sequence Number:  9592762413
Capture Date:     10/17/2019
Check Number:     985634750



**Bank of America**                     Cashier's Check          No. 0985634750

Notice to Purchaser - In the event that this check is lost, misplaced or
stolen, a sworn statement and 90-day waiting period will be required
prior to replacement. This check should be negotiated within 90 days.

Void After 90 Days        91-170/1221        Date 10/16/19 02:37:42 PM
                          NAZ

WILSHIRE & 15TH
0014    0000441    0089        **$15,035.00**

Pay

**Fifteen Thousand Thirty Five and 00/100 Dollars**

To The      LAW OFFICE OF ROSARIO PERRY
Order Of    BRIDA LLC

Remitter (Purchased By):  BRIDA LLC

Bank of America, N.A.
PHOENIX, AZ                                    AUTHORIZED SIGNATURE

⑆0985634750⑈ ⑆122101706⑆ 457002931717⑈

■ THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK. ■    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENTS. ■

Electronic Endorsements

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 10/17/2019 | 009592762413 | 121103886 | Pay Bank | N | | Bank of America, NA |
| 10/16/2019 | 7477093906 | 123000220 | Rtn Loc/BOFD | Y | | US Bank National Ass |
| 10/16/2019 | 008659058499 | 91000022 | Undetermined | N | | US Bank National Ass |

BRIDA0351

# Check number: 2149  |  Amount: $7,500.00



BRIDA LLC
1722 Westwood Blvd. Ste 203
Los Angeles, CA 90024

Bank of America
11-35/1210

2149

08/04/22

PAY TO THE
ORDER OF   law office of Yousef Monadjaml                           $ **7,500.00

Seven Thousand Five Hundred and 00/100************************************************   DOLLARS

law office of Yousef Monadjaml
15915 Ventura Blvd Suite 202
Encino, CA 91436

MEMO
2123 17th St #G

AUTHORIZED SIGNATURE

⑈00 2149⑈ ⑆121000358⑈ 325054225338⑈

BRIDA0352

## Check number: 2146    |    Amount: $7,500.00



**BRIDA LLC**
1722 Westwood Blvd, Ste 203
Los Angeles, CA 90024

Bank of America
11-35/1210

2146

07/29/22

PAY TO THE ORDER OF    law office of Yousef Monadjami    $ **7,500.00

Seven Thousand Five Hundred and 00/100************************************************************* DOLLARS

law office of Yousef Monadjami
15915 Ventura Blvd Suite 202
Encino, CA 91436

MEMO    1123 17th St #6

AUTHORIZED SIGNATURE

⑈002146⑈ ⑆121000358⑆ 325054225338⑈

## Check number: 2148    |    Amount: $3,194.31

BRIDA0353

# Check images – continued
## Account number: 3250 5422 5338
Check number: 1655   |   Amount:  $450.00



BRIDA LLC
1722 Westwood Blvd, Ste 2U3
Los Angeles, CA 90024

Bank of America
11-35/1210

1655

10/15/19

PAY TO THE ORDER OF  Vera Language Services Inc    $ **450.00

Four Hundred Fifty and 00/100************************************************************************ DOLLARS

Vera Language Services Inc
8726 S Sepulveda Blvd suite D#831
Los Angeles, CA 90045

MEMO  Interperting 7/25/2019

AUTHORIZED SIGNATURE

⑈001655⑈ ⑆121000358⑆ 3250542253 38⑈

Check number: 1657   |   Amount: $380.00

BRIDA0357

# Check number: 1649  |  Amount: $5,000.00



**BRIDA LLC**
1722 Westwood Blvd. Ste 308
Los Angeles, CA 90024

Bank of America
11-35/1210

1649

09/17/19

PAY TO THE
ORDER OF ___ Law office of Robert Moss _____ | $ **5,000.00

Five Thousand and 00/100************************************************************ DOLLARS

Law office of Robert Moss
1717 Fourth Street, 3rd Floor
Santa Monica, California 90401

MEMO ___ Lawsuit Brida v Travelers

⑈001649⑈ ⑈121000358⑈ 3250542253338⑈



4312 Park Verci, Calabasas A/C #: 1085451

⑈00⒈644⑈ ⑆⒈2⒈000358⑆ 3250542253380⑈

**Check number: 1647  |  Amount: $1,500.00**



**BRIDA LLC**
1722 Westwood Blvd. Ste 203
Los Angeles, CA 90024

Bank of America
11-35/1210

1647

09/12/19

PAY TO THE
ORDER OF ___ Law office of Rosario Perry ___    $ **1,500.00

One Thousand Five Hundred and 00/100************************************************************    DOLLARS

Law office of Rosario Perry
312 Pico Blvd
Santa Monica CA 90401

MEMO

Defense of COSM V Brida  and Traverls Lawsuit
19-034

AUTHORIZED SIGNATURE

⑈00⒈647⑈ ⑆⒈2⒈000358⑆ 3250542253380⑈

Check number: 1648  |  Amount: $5,000.00

BRIDA0360



BRIDA, LLC   |   Account # 3250 5422 5338   |   September 1, 2

# Check images - continued

**Account number: 3250 5422 5338**
Check number: 1643   |   Amount: $5,000.00

BRIDA LLC
1722 Westwood Blvd. Ste 203
Los Angeles, CA 90024

Bank of America
11-35/1210

1643

09/10/19

PAY TO THE
ORDER OF___ Law office of Rosario Perry                    $ **5,000.00

Five Thousand and 00/100************************************************************** DOLLARS

Law office of Rosario Perry
312 Pico Blvd
Santa Monica CA 90401

MEMO
Defense of COSM V Brida  and Traverls Lawsuit          AUTHORIZED SIGNATURE

⑈0016643⑈ ⑆121000358⑆ 3250542253338⑈

BRIDA0361



MEMO   4312 Park Verdi – Paid through 06/30/2019

⑈00 1623⑈ ⑆121000358⑈ 325054225338⑈

# Check number: 1625  |  Amount: $5,000.00



BRIDA LLC
1722 Westwood Blvd. Ste 203
Los Angeles, CA 90024

Bank of America
11-35/1210

1625

07/20/19

PAY TO THE
ORDER OF   Rosario Perry Law Office                                    $ **5,000.00

Five Thousand and 00/100************************************************************** DOLLARS

Rosario Perry Law Office
312 Pico Blvd
Santa Monica CA 90405

MEMO   1123 17th St City of Santa Monica Lawsuit 19-034

AUTHORIZED SIGNATURE

⑈00 1625⑈ ⑆121000358⑈ 325054225338⑈

BRIDA0362



P.O. Box 12005
Riverside, CA 92502-2205

MEMO        Assessment #:639202050

⑈00⑈600⑈ ⑈121000358⑈ 325054225338⑈

# Check number: 1603  |  Amount: $2,000.00



BRIDA LLC
1722 Westwood Blvd. Ste 203
Los Angeles, CA 90024

Bank of America
11-35/1210

1603

06/07/19

PAY TO THE
ORDER OF   Rosario Perry Law Office                              $ **2,000.00

Two Thousand and 00/100************************************************************   DOLLARS

Rosario Perry Law Office
312 Pico Blvd
Santa Monica CA 90405

AUTHORIZED SIGNATURE

MEMO      1123 17th St City of Santa Monica Lawsuit

19-034      ⑈001603⑈ ⑈121000358⑈ 325054225338⑈

BRIDA0363

Check number: 1607  |  Amount: $3,000.00



continue

BRIDA0364

# Check number: 1534   |   Amount: $5,000.00



BRIDA0365

# Check number: 1535  |  Amount:  $5,000.00



BRIDA LLC
1722 Westwood Blvd. Ste 203
Los Angeles, CA 90024

Bank of America
11-35/1210

1535

02/15/19

PAY TO THE
ORDER OF ___ Rosario Perry Law Office _____  $ **5,000.00

Five Thousand and 00/100***********************************************************************  DOLLARS

Rosario Perry Law Office
312 Pico Blvd
Santa Monica CA 90405

AUTHORIZED SIGNATURE

MEMO  1123 17th St City of Santa Monica Lawsuit / Insurance lawsuit

19-0358A    ⑈001535⑈ ⑈121000358⑈ 3250542253 38⑈

continu

Page

BRIDA0366

# Check number: 1720  |  Amount: $5,000.00



BRIDA LLC
1722 Westwood Blvd. Ste 203
Los Angeles, CA 90024

Bank of America
11-35/1210

1720

03/23/20

PAY TO THE
ORDER OF_ Law office of Rosario Perry                                    $ **5,000.00

Five Thousand and 00/100********************************************************** DOLLARS

Law office of Rosario Perry
312 Pico Blvd
Santa Monica CA 90401

MEMO      Brida V Travelers

AUTHORIZED SIGNATURE

⑈0001720⑈ ⑆121000358⑈ 325054225338⑈

continu

Page

BRIDA0367

# Check images - continued
## Account number: 3250 5422 5338
Check number: 1721 | Amount: $1,000.00



BRIDA0368

# Rosario Perry, A Professional Law Corporation

312 Pico Boulevard

Santa Monica, CA 90405

Phone: 310-394-9831   |   Fax: 310-388-5733

## INVOICE

Kathy Golshani
1722 Westwood Blvd.
#207
Los Angeles, CA 90024
United States

Invoice Date: March 28, 2022
Invoice Number: 14406
Invoice Amount: $1,860.00

## Matter: 19-240 re:Trial of City Lawsuit

### Attorney Fees

| 3/21/2022 | Prepare Motion to Dismiss for Failure to Prosecute | L.M.H. | 4.40 | 325.00 | $1,430.00 |
|-----------|------------------------------------------------------|--------|------|--------|-----------|
|           | Review prior pleadings and Minute Order re waiver of 5 year rule | | | | |
| 3/22/2022 | Prepare emails re new lawsuit filed against Golshani | L.M.H. | .80 | 325.00 | $260.00 |
| SUBTOTAL: | | | | 5.20 | $1,690.00 |

### Costs

| 3/22/2022 | Download documents in LASC Case No. 21STCV32607 including complaint, first amended complaint, cross-complaint, answer, minute orders, etc. | $65.20 |
|-----------|----|--------|
| 3/22/2022 | Download Minute orders & stipulations from LASC Online Services | $19.80 |
| 3/22/2022 | Download documents from LASC Online Services | $19.80 |
| 3/22/2022 | Download documents from LASC Online Services | $65.20 |
| SUBTOTAL: | | $170.00 |

### Matter Ledgers

| 8/31/2021 | Balance before last invoice | $10,519.00 |
|-----------|------------------------------|------------|
| 10/26/2021 | Invoice 13902 | $396.00 |
| 3/28/2022 | Invoice 14406 | $1,860.00 |
| SUBTOTAL: | | $12,775.00 |

BRIDA0454

TOTAL $1,860.00

PREVIOUS BALANCE DUE $10,915.00

CURRENT BALANCE DUE AND OWING $12,775.00

**Please make checks payable to:**
**"ROSARIO PERRY, A PROFESSIONAL LAW CORPORATION"**
**To ensure proper credit, please write your 5-digit matter number on your check.**
**For questions please call 310-394-9831 or e-mail bryce@oceanlaw.com**

BRIDA, LLC  |  Account # 3250 5422 5338  |  September 1, 2022 to September 30, 2022

# Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---|
| 09/06/22 | Online Banking transfer to CHK 6853 Confirmation# 1848447792 | -2,400.20 |
| 09/07/22 | Zelle Transfer Conf# kaesafcru; Brian | -950.00 |
| 09/07/22 | Zelle Transfer Conf# ijiuun7d3; Amanda | -2,000.00 |
| 09/07/22 | Customer Withdrawal Image | -6,226.58 |
| 09/09/22 | Online Banking transfer to CHK 6853 Confirmation# 1371037819 | -2,200.00 |
| 09/09/22 | WIRE TYPE:WIRE OUT DATE:220909 TIME:0459 ET TRN:2022090800515525 SERVICE REF:003622 BNF:THE KERNAN LAW FIRM ID:127544093 BNF BK:CITY N ATIONAL BANK ID:122016066 PMT DET:TXR6Z29Y9 Trade related | -15,000.00 |
| 09/09/22 | Zelle Transfer Conf# qo7zrmqkk; Diego Pons | -1.00 |
| 09/12/22 | CSM UTILITIES   DES:BILLPAY   ID:CSM UTILITY INDN:IVR ANONYMOUS        CO ID:0000000160 TEL | -1,960.48 |
| 09/13/22 | Zelle Transfer Conf# hniOiccgz; Ara Danielyan | -42.00 |
| 09/15/22 | Online Banking transfer to CHK 5202 Confirmation# 1325336625 | -11,000.00 |
| 09/15/22 | Online Banking transfer to CHK 6692 Confirmation# 1525342861 | -9,910.00 |
| 09/15/22 | Online Banking transfer to CHK 2512 Confirmation# 1625355983 | -9,999.80 |
| 09/15/22 | Customer Withdrawal Image | -38,920.00 |
| 09/19/22 | Zelle Transfer Conf# gf1Orlx5y; Fabricio Windows Refered Bt Jose Westsid | -1.00 |
| 09/19/22 | Zelle Transfer Conf# ga230mmgo; Nooshin Joon Cell | -1.00 |
| 09/20/22 | Zelle Transfer Conf# fot3dria8; Nooshin Joon Cell | -1,050.00 |
| 09/20/22 | Zelle Transfer Conf# gf5damimp; Fabricio Windows Refered Bt Jose Westsid | -325.00 |
| 09/21/22 | Zelle Transfer Conf# amaj95s2z; Brian | -820.00 |
| 09/26/22 | Zelle Transfer Conf# k9vgytx7f; Brian | -20.00 |
| 09/26/22 | Zelle Transfer Conf# nprriqe64; Brian | -85.00 |
| 09/27/22 | Zelle Transfer Conf# c4b0bkixz; Diego Pons | -450.00 |
| 09/29/22 | Zelle Transfer Conf# f0avcxef3; Diego Pons | -160.00 |
| 09/30/22 | Zelle Transfer Conf# gdawua3ur; Jose Lopez Granite Fabricator | -1.00 |
| 09/30/22 | Zelle Transfer Conf# ad7m1isof; Jose Lopez Granite Fabricator | -100.00 |
| 09/30/22 | Customer Withdrawal Image | -36,563.33 |

Card account # XXXX XXXX XXXX 2252

| Date | Description | Amount |
|---|---|---|
| 09/01/22 | PURCHASE   0831 HEADWAY HTTPSHEADWAY.NY | -120.55 |
| 09/02/22 | BKOFAMERICA ATM 09/02 #000003804 WITHDRWL WILSHIRE-15TH        SANTA MONICA  CA | -590.00 |
| 09/06/22 | CHECKCARD  0903 PRESSED JUICERY - PASE SANTA BARBARACA 24269792247000950332131 CKCD 5812 XXXXXXXXXXXX2252 XXXX XXXX XXXX 2252 | -12.25 |
| 09/06/22 | CHECKCARD  0904 Charter Services 855-707-7328 MO 24692162247107977840559 RECURRING CKCD 4899 XXXXXXXXXXXX2252 XXXX XXXX XXXX 2252 | -209.91 |
| 09/06/22 | BKOFAMERICA ATM 09/06 #000004492 WITHDRWL WILSHIRE-15TH        SANTA MONICA  CA | -600.00 |
| 09/07/22 | BKOFAMERICA ATM 09/07 #000009770 WITHDRWL WILSHIRE-15TH        SANTA MONICA  CA | -570.00 |
| 09/08/22 | CHECKCARD  0907 JACK IN THE BOX 0327 PACOIMA      CA 24692162250100269143703 CKCD 5814 XXXXXXXXXXXX2252 XXXX XXXX XXXX 2252 | -8.76 |
| 09/08/22 | BKOFAMERICA ATM 09/08 #000005835 WITHDRWL WILSHIRE-15TH        SANTA MONICA  CA | -540.00 |
| 09/12/22 | CHECKCARD  0909 BOURGET BROS BUILDING SANTA MONICA CA 24801972253091248001509 CKCD 5211 XXXXXXXXXXXX2252 XXXX XXXX XXXX 2252 | -18.04 |
| 09/14/22 | BKOFAMERICA ATM 09/14 #000001659 WITHDRWL WILSHIRE-15TH        SANTA MONICA  CA | -590.00 |
| 09/14/22 | THE HOME DEPOT  09/14 #000345653 PURCHASE THE HOME DEPOT #6  LOS ANGELES  CA | -218.56 |
| 09/15/22 | BKOFAMERICA ATM 09/15 #000002319 WITHDRWL WILSHIRE-15TH        SANTA MONICA  CA | -580.00 |

continued on the next page

BRIDA0466

**JOE OLLINGER, ESQ.**
3348 Griffith Park Blvd. #22
Los Angeles, CA 90027
310-424-0097
josephollinger@gmail.com

April 7th, 2017

*Via Email*

Kathy Golshani
Brida, LLC

RE:    ***City of Santa Monica v. McNab, et al.***
        INVOICE – March 2017

Regular Hours (Ollinger): 45.8
Regular Hours (Weitzman): 2.0
Total Regular Hours: 47.8
(Discounted) Regular Rate: $125.00

Unpaid Fee at Regular Rate: $5,975.00

Travel Hours: 0
Travel Rate: $60.00
Fees at Travel Rate: $0.00

Discount/Waived Fees/Paid: N/A

Unpaid Costs Advanced: $61.27

Unpaid February Hours and Costs: $5,634.83

Fees Paid/Waived: $0.00

**TOTAL DUE: $11,609.83**

Joe Ollinger, Esq.

BRIDA0467

**JOE OLLINGER, ESQ.**
3348 Griffith Park Blvd. #22
Los Angeles, CA 90027
310-424-0097
josephollinger@gmail.com

June 12th, 2017

Kathy Golshani                                                    *Via Email*
Cecil McNab
Brida, LLC

Carol Simmons
Travelers Insurance
cusimmons@travelersinsurance.com

> RE:   ***City of Santa Monica v. McNab, et al.***
> INVOICE – Total Hours Attributable to Browning Cross-complaint (through June 11th, 2017

Regular Hours (Ollinger): 79.5
Regular Hours (Weitzman): 2.0
Total Regular Hours: 81.5
(Discounted) Regular Rate: $125.00

Unpaid Fees at Regular Rate: $10,187.50

Travel Hours: 1.0
Travel Rate: $60.00
Fees at Travel Rate: $60.00

Discount/Waived Fees/Paid: N/A

Unpaid Costs Advanced: $510.15

**TOTAL DUE (BROWNING CROSS-COMPLAINT ONLY: $10,757.65**

_____
Joe Ollinger, Esq.

BRIDA0468

### Law Offices of Robert M. Moss, Inc.
1717 Fourth Street, 3rd Floor
Santa Monica, CA 90401
Telephone: (310)
260-7650
Email: rmmosslaw@hotmail.com

Brida, LLC
Kathy Golshani

September 3, 2019

In Reference To:  Brida, LLC v. Browning
Invoice #  11899

Additional Charges :

| | | | Qty/Price | Amount |
|---|---|---|---|---|
| 8/29/2019 | RMM | Paralegal<br>Research related cases; research regulation for gas cylinder storage; research insurance companies and ADA; work on complaint | 4.2<br>175.00 | $735.00 |
| | | Total additional charges | | $735.00 |
| | | For professional services rendered | 0.00 | $735.00 |
| 9/3/2019 | | Payment from account | | ($735.00) |
| | | Total payments and adjustments | | ($735.00) |
| | | Balance due | | $0.00 |

We accept all (e.g., Amex., Disc., Visa.,  MC. ) major credit and debit cards. If you wish to make a payment by credit card, contact Robert Moss by telephone or e-mail.  For your further convenience, you can pay directly online at www.RobertMossEsq.com or through PayPal, whichever you prefer.

Client funds transactions

| | | | |
|---|---|---|---|
| | | Previous balance of Retainer | $0.00 |
| 8/31/2019 | | Payment to account | $11,000.00 |
| 9/3/2019 | | Payment from account | ($735.00) |
| | | New balance of Retainer | $10,265.00 |

BRIDA0469

Exhibit B

Notice to Purchaser: In the event that this check is lost, misplaced or stolen, a sworn statement and 90-day waiting period will be required prior to replacement. This check should be negotiated within 90 days.

**Cashier's Check - Customer Copy**

No. 0943249868

Void After 90 Days     91-170/1221     NAZ     Date 07/20/23 03:40:30 PM

SANTA MONICA
0018     0000218     0128

Pay   BANK OF AMERICA   FOUR FIVE ZERO ZERO ZERO 00 CTSCTS          **$45,000.00**

**Forty Five Thousand and 00/100 Dollars**

To The Order Of   CITY ATTORNEY SANTA MONICA

RESCINDED INVALID JUDGEMENT UNDER DURESS

Remitter (Purchased By):  BRIDA, LLC

Bank of America, N.A.
PHOENIX, AZ

Not-Negotiable
Customer Copy
Retain for your Records

457002931717

---

BANK OF AMERICA                    Cashier's Check          No. 0943249868

Notice to Purchaser: In the event that this check is lost, misplaced or stolen, a sworn statement and 90-day waiting period will be required prior to replacement. This check should be negotiated within 90 days.

Void After 90 Days     91-170/1221     NAZ     Date 07/20/23 03:40:30 PM

SANTA MONICA
0018     0000218     0128

Pay   BANK OF AMERICA   FOUR FIVE ZERO ZERO ZERO 00 CTSCTS          **$45,000.00**

**Forty Five Thousand and 00/100 Dollars**

To The Order Of   CITY ATTORNEY SANTA MONICA

RESCINDED INVALID JUDGEMENT UNDER DURESS

Remitter (Purchased By):  BRIDA, LLC

Bank of America, N.A.
PHOENIX, AZ

AUTHORIZED SIGNATURE

⑈0943249868⑈ ⑆122101706⑆ 457002931717⑈

THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENTS.

Received by: City attorney office of santa monica

Andrew Cabello

On August 30, 2023
Tendered by: Attorney Douglas Weitzman

BRIDA0328



BRIDA0374



BRIDA0459

Exhibit C

S. Michael Kernan, State Bar No. 181747
R. Paul Katrinak, State Bar No. 164057
THE KERNAN LAW FIRM
9663 Santa Monica Blvd., Suite 450
Beverly Hills, California 90210
Telephone: (310) 490-9777
Facsimile: (310) 861-0503

Electronically FILED by
Superior Court of California,
County of Los Angeles
12/18/2023 6:23 PM
David W. Slayton,
Executive Officer/Clerk of Court,
By Y. Tarasyuk, Deputy Clerk

Attorneys for Plaintiff
The Kernan Law Firm

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

### FOR THE COUNTY OF LOS ANGELES

|  |  |
|---|---|
| THE KERNAN LAW FIRM, | Case No. 23STCV30872 |
| Plaintiff, | **COMPLAINT FOR:** |
| v. | **(1) BREACH OF WRITTEN CONTRACT; AND** |
| KATHY GOLSHANI, an individual, BRIDA, LLC, a California Limited Liability Company, and DOES 1 through 100, inclusive, | **(2) COMMON COUNT – SERVICES RENDERED** |
| Defendants. | |

LAW OFFICES OF R. PAUL KATRINAK
9663 Santa Monica Blvd., Suite 450
Beverly Hills, California 90210
(310) 990-4348

1

BRIDA0418

Plaintiff The Kernan Law Firm ("Plaintiff") hereby alleges the following:

## **PARTIES, JURISDICTION AND VENUE**

1.      Plaintiff The Kernan Law Firm is and at all times relevant was a law firm engaged in the business of rendering legal services on behalf of its clients in the county of Los Angeles, State of California.

2.       Defendant Kathy Golshani ("Defendant Golshani") is an individual doing business in the County of Los Angeles, State of California.

3.      Defendant Brida, LLC ("Defendant Brida" and collectively with Defendant Golshani, "Defendants") is and at all times relevant was a California limited liability company organized and existing under the laws of the State of California, and does business in the county of Los Angeles, State of California.

4.      The true names or capacities, whether individual, corporate, associate, or otherwise, of defendants Does 1 through 100 are unknown to Plaintiff, who therefore sues such defendants by such fictitious names. Plaintiff will amend this complaint to show their true names and capacities if and when those identities have been ascertained. Plaintiff is informed and believes, and thereon alleges, that each of the defendants designated as a Doe is responsible in some manner for the events, happenings and omissions referred to herein, and thereby caused damages to Plaintiff as herein alleged.

4.      This Court has jurisdiction over this action pursuant to California Code of Civil Procedure section 410.10. Personal jurisdiction over Defendants exists because Defendants do business in California, and Defendants have had sufficient contacts with California to warrant the assertion of such jurisdiction, including but not limited to substantial contacts relating to the performance of the contract at issue herein.

5.      Pursuant to Los Angeles Superior Court Local Rule 2.0, venue in this Court is proper because the services that are at issue in this action were performed in this district, and the contract underlying Plaintiff's breach of contract cause of action was executed in this district and was to be performed here.

/ / /

**COMPLAINT FOR (1) BREACH OF WRITTEN CONTRACT; AND
(2) COMMON COUNT – SERVICES RENDERED**

LAW OFFICES OF R. PAUL KATRINAK
9663 Santa Monica Blvd., Suite 450
Beverly Hills, California 90210
(310) 994-4348

BRIDA0419

**GENERAL ALLEGATIONS**

6.      On or around September 8, 2022, The Kernan Law firm and Defendant Golshani entered into a written agreement for the provision of legal services (the "Retainer Agreement"). In the Retainer Agreement, Plaintiff agreed to provide certain legal services to Defendants, and Defendants agreed, among other things, to timely pay Plaintiff for those legal services.

7.      The Retainer Agreement provides that Defendant Golshani will pay Plaintiff's bills for services on time.

8.      In accordance with the terms of the Retainer Agreement, Plaintiff performed certain legal services on behalf of Defendants, including representing Defendants in connection with litigation with the City of Santa Monica (Case No. SC125490) and the McCarty matter (Case No. 21STCV32607).

9.      A dispute between Plaintiff and Defendants has arisen as a result of Defendants' failure to pay certain fees for legal services that Plaintiff performed on Defendants' behalf. Defendants' failure to pay Plaintiff began in or around November 2023, when Defendants failed to pay Plaintiff's bill.

10.     In accordance with the Retainer Agreement and applicable state law, on or around December 1, 2023, Plaintiff sent Defendants a Notice of Client's Right to Arbitration "Notice"). (A true and correct copy of the Notice is attached hereto as Exhibit "A.") The Notice advised Defendants of their right to arbitrate the dispute regarding fees, and further advised that Plaintiff could proceed with an enforcement action with respect to those outstanding fees if Defendants did not elect to pursue arbitration. Notwithstanding its receipt of the Notice, Defendants did not pursue his arbitration proceeding.

**FIRST CAUSE OF ACTION**
**Breach of Written Contract**
**As Against Defendant Golshani and Does 1 through 100**

11.     Plaintiff hereby incorporates each of the allegations contained in paragraphs 1 through 10 hereof in their entirety as though fully set forth herein.

12.     The Retainer Agreement is a valid and enforceable contract. In accordance with

3

LAW OFFICES OF R. PAUL KATRINAK
9663 Santa Monica Blvd., Suite 450
Beverly Hills, California 90210
(310) 990-4348

the terms and conditions of the Retainer Agreement,

13.    Plaintiff has fully performed all of the conditions, covenants, and promises that it was required to perform, except for those conditions, covenants, and promises executed by Defendant Golshani.

14.    Beginning in or about November 2023, and continuing through the filing of this action, Defendant Golshani has breached the Retainer Agreement by failing to pay Plaintiff the full amounts called for by that contract. On numerous occasions, Plaintiff notified Defendant Golshani of the ongoing breaches of the Retainer Agreement. Nonetheless, Defendant Golshani, in direct breach of her obligations under the Retainer Agreement, has failed or refused to make the contractually required payments.

15.    Plaintiff has been damaged by Defendant Golshani's breaches of the Retainer Agreement in the amount of $90,753.95.

**SECOND CAUSE OF ACTION**
**Common Count – Services Rendered**
**As Against Defendants and Does 1 through 100**

16.    Plaintiff hereby incorporates each of the allegations contained in paragraphs 1 through 15 hereof in their entirety as though fully set forth herein.

17.    Plaintiff performed legal services for Defendants at Defendants' request and for Defendants' benefit. Defendants knew that these services were being provided and agreed to pay their reasonable value, and Defendants accepted and enjoyed the benefits of the services that Plaintiff provided.

18.    Although Defendants initially paid Plaintiff for the services in or around September 2022, Defendants have not paid the fair and reasonable value of the services that Plaintiff  thereafter provided to Defendants in connection with the matter here at issue. Plaintiff is owed $90,753.95.

19.    Plaintiff has repeatedly demanded payment from Defendants for the services Plaintiff rendered. Defendants have failed to make payment despite such demands.

/ / /

/ / /

LAW OFFICES OF R. PAUL KATRINAK
9663 Santa Monica Blvd., Suite 450
Beverly Hills, California 90210
(310) 990-4348

4

BRIDA0421

## **PRAYER FOR RELIEF**

WHEREFORE, in light of the foregoing, Plaintiff prays that judgment be entered by this Court in favor of Plaintiff The Kernan Law Firm and against Defendants Kathy Golshani and Brida, LLC as follows:

1.    For a determination from this Court that Defendant Golshani breached the Retainer Agreement by failing, without justification, to pay the full amounts in Plaintiff's bill to Defendants;

2.    An award of compensatory damages in the amount not less than $90,753.95, plus additional interest at the legal rate through the date of judgment;

3.    An award for Plaintiff's costs of suit herein; and

4.    For such other and further relief as this Court should deem just and proper.

DATED:  December 18, 2023              THE KERNAN LAW FIRM

                                       By: _____
                                           S. Michael Kernan
                                       Attorneys for Plaintiff
                                       The Kernan Law Firm.

LAW OFFICES OF R. PAUL KATRINAK
9663 Santa Monica Blvd., Suite 450
Beverly Hills, California 90210
(310) 994-4348

5

BRIDA0422

Exhibit D

# Fees and Costs Incurred

| Date | Payee | Amount | Bates |
|---|---|---|---|
| 4/7/2017 | Joe Ollinger Law | $11,609.83 | B0467 |
| 6/12/2017 | Joe Ollinger Law | $10,757.65 | B0468 |
| 9/3/2019 | Moss Law | $11,000.00 | B0469 |
| 2/15/2019 | Rosario Perry Law | $5,000.00 | B0365 |
| 2/15/2019 | Rosario Perry Law | $5,000.00 | B0366 |
| 6/7/2019 | Rosario Perry Law | $2,000.00 | B0363 |
| 6/22/2019 | Rosario Perry Law | $3,000.00 | B0364 |
| 7/20/2019 | Rosario Perry Law | $5,000.00 | B0362 |
| 8/19/2019 | Rosario Perry Law | $5,000.00 | B0350 |
| 9/10/2019 | Rosario Perry Law | $5,000.00 | B0361 |
| 9/12/2019 | Rosario Perry Law | $1,500.00 | B0360 |
| 9/17/2019 | Moss Law | $5,000.00 | B0359 |
| 10/9/2019 | Lisa Howard | $4,000.00 | B0314 |
| 10/15/2019 | Vera Language Intrp. | $450.00 | B0357 |
| 10/16/2019 | Rosario Perry Law | $15,035.00 | B0351 |
| 3/23/2020 | Rosario Perry Law | $5,000.00 | B0367 |
| 3/23/2020 | Rosario Perry Law | $1,000.00 | B0368 |
| 7/6/2020 | Rosario Perry Law | $2,229.00 | B0337 |
| 9/23/2020 | Rosario Perry Law | $5,000.00 | B0336 |
| 11/16/2020 | Rosario Perry Law | $4,160.00 | B0335 |
| 3/5/2021 | Rosario Perry Law | $2,200.00 | B0334 |
| 12/14/2021 | Rosario Perry Law | $1,396.00 | B0332 |
| 12/27/2021 | Rosario Perry Law | $4,000.00 | B0333 |
| 1/4/2022 | Monadjemi Law | $10,000.00 | B0338 |
| 1/11/2022 | Monadjemi Law | $900.00 | B0331 |
| 1/26/2022 | Monadjemi Law | $15,000.00 | B0339 |
| 3/28/2022 | Rosario Perry Law | $12,775.00 | B0455 |
| 7/29/2022 | Monadjemi Law | $7,500.00 | B0353 |
| 8/4/2022 | Monadjemi Law | $7,500.00 | B0352 |
| 9/9/2022 | Kernan Law | $15,000.00 | B0466 |
| 9/30/2022 | Kernan Law | $36,563.33 | B0319 |
| 10/13/2022 | Kernan Law | $30,000.00 | B0318 |
| 10/17/2022 | Kernan Law | $6,976.84 | B0317 |
| 10/25/2022 | Kernan Law | $7,770.89 | B0315 |
| 12/27/2022 | Marston Law | $25,000.00 | B0341 |
| 12/28/2022 | Marston Law | $25,000.00 | B0316 |
| 12/28/2022 | Marston Law | $5,000.00 | B0316 |
| 2/6/2023 | Marston Law | $10,000.00 | B0344 |
| 5/2/2023 | Binh Thani Bui Law | $15,000.00 | B0340 |
| **Total:** | | **$344,323.54** | |

7/2/2024

## Indemnity Paid

| Date | Payee | Amount | |
|---|---|---|---|
| 7/20/2023 | Santa Monica | $45,000.00 | B0328 |
| 6/21/2023 | McCarty | $15,000.00 | B0459 |
| 6/25/2023 | Taylor & Ring | $5,000.00 | B0374 |
| **Total:** | | **$65,000.00** | |