**JS-6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

BRIDA LLC,

               Plaintiff,

       v.

TRAVELERS CASUALTY INSURANCE
COMPANY OF AMERICA,

              Defendant.

Case No. CV 20-6359-DMG (GJSx)

**JUDGMENT**

This Court having granted Defendant Travelers Casualty Insurance Company of America's motion for summary judgment and denied Plaintiff Brida LLC's motion for summary judgment, by Order dated September 10, 2024,

IT IS ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Defendant and against Plaintiff.

DATED:  September 10, 2024

_____
DOLLY M. GEE
Chief United States District Judge